UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:09-cv-02356-RAL-TGW

A. JOSEPH RAETANO,

      Plaintiff,

vs.

PONTE PROPERTIES, LLC,

      Defendant.
_____/

## STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

The Parties, pursuant to Rule 41(a)(1)(ii), Fed.R.Civ.P., hereby stipulate to the voluntary dismissal of this action with prejudice.

Respectfully submitted,

| s/Todd W. Shulby, Esq. | s/Colin A. Colgan, Esq., and Paul R. Cavonis, Esq. |
|---|---|
| Todd W. Shulby, Esq. | Colin A. Colgan, Esq., and Paul R. Cavonis, Esq. |
| Todd W. Shulby, P.A. | Deloach & Hofstra, P.A. |
| 4705 S.W. 148 Avenue, Suite 102 | 8640 Seminole Blvd., P.O. Box 3390 |
| Davie, Florida 33330-2417 | Seminole, Florida 33772 |
| Telephone: (954) 530-2236 | Telephone: (727) 397-5571 |
| Facsimile: (954) 530-6628 | Facsimile: (727) 393-5418 |
| Florida Bar No.: 068365 | Florida Bar No.: 43566; 999600 |
| Counsel for Plaintiff | Counsel for Defendant |
| E-mail: tshulby@shulbylaw.com | E-mail: ccolgan@dhstc.com; pcavonis@dhstc.com |